# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MIKE'S HARDWARE & BUILDING
SUPPLY, INC. AND MIKE'S
WINDOWS, DOORS & MORE, LLC

NO.  2026 CW 0028

VERSUS

DEMORAN CUSTOM HOMES, LLC
AND ADRIAN MICELI

**APRIL 20, 2026**

---

In Re:    Adrian Miceli, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          202410309 c/w 202414687.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED.** The criteria set forth in **Herlitz Const. Co.,
Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La.
1981) (*per curiam*) are not met.

                              **WIL**
                              **EW**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT